UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-354-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLYON HINNANT | **ORDER TO<br>MOTION TO AMEND<br>RELEASE CONDITIONS** |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to modify the Defendant's conditions of release, and for good cause shown, the Court hereby ORDERS that the Defendant's conditions of release be modified to place the defendant on home detention, rather than home incarceration.

IT IS SO ORDERED.

This 30th day of March, 2012.

MALCOLM J. HOWARD
Senior United States District Judge